# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, a South Carolina Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STENTORIANS - L.A. COUNTY BLACK FIRE FIGHTERS, a California Corporation; HUMANA, INC., a Delaware Corporation; SWETT & CRAWFORD, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 13-cv-09235-CAS (FFMx)<br><br>**ORDER RE PERMANENT INJUNCTION** |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

138801.1

Case No. 13-cv-09235-CAS (FFMx)
ORDER RE PERMANENT INJUNCTION

1     Based upon the stipulation of the parties, and for good cause shown,

2     IT IS HEREBY ORDERED that the Preliminary Injunction entered by the Court on January 15, 2014 (Docket No. 48) shall become a Permanent Injunction effective as of the date of this Order. A copy of the Preliminary Injunction which is made permanent by this Order is attached hereto as Exhibit 1.

6     IT IS SO ORDERED.

Dated: Sept. 3, 2014

*[signature]*

Hon. Christina A. Snyder
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

138801.1

1

Case No. 13-cv-09235-CAS (FFMx)
ORDER RE PERMANENT INJUNCTION

# EXHIBIT 1

0.0

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, a South Carolina Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STENTORIANS - L.A. COUNTY BLACK FIRE FIGHTERS, a California Corporation; HUMANA, INC., a Delaware Corporation; SWETT & CRAWFORD, a California Corporation; TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | 2:13-cv-9235-CAS(FFMx)<br><br>**ORDER GRANTING PLAINTIFF COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY'S APPLICATION FOR PRELIMINARY INJUNCTION** |

### Order and Preliminary Injunction:

In accordance with the Court's Findings of Fact and Conclusions of Law dated January 10, 2014, Defendants STENTORIANS - L.A. COUNTY BLACK FIREFIGHTERS ("STENTORIANS"), SWETT & CRAWFORD ("SWETT"), ANDHUMANA, INC. ("HUMANA") are hereby ordered and enjoined as follows:

1. Stentorians is enjoined from using the following information regarding individual Policyholders of Colonial Life that Stentorians received through its contractual relationship with Colonial Life: billing control numbers ("BCNs"), Social Security numbers, employee numbers, names (including employees, spouses and dependents), Colonial Life policy numbers and types of Colonial Life coverage, premium amounts, effective dates of premiums and coverage, and application signature date (collectively referred to herein as the "Proprietary Information"), and the payroll deduction cards, for any purpose other than the performance of the contract between Colonial Life and Stentorians;

2. To effectuate the provision contained in Item 1 above, the parties are ordered to do the following:

   (a) Stentorians is ordered to provide all completed Payroll Deduction Cards, and all copies thereof, pertaining to Colonial Life individual Policyholders to Colonial Life's counsel no later than January 20, 2014;

   (b) Stentorians, Swett, and Humana are ordered to deliver documents, whether maintained in paper form or electronically stored, that contain the Proprietary Information, and all copies thereof that pertain to Colonial Life's individual Policyholders to Colonial Life's counsel no later than January 20, 2014; and

   (c) Stentorians, Swett, and Humana are ordered to deliver the dates of birth and addresses of Colonial Life individual Policyholders used and/or generated as part of Stentorians' contractual relationship with Colonial Life, to Colonial Life's counsel no later than January 20, 2014.

3. Stentorians, Swett, and Humana are enjoined from using the dates of birth and addresses of Colonial Life individual Policyholders derived and/or generated from the Proprietary Information for any purpose other than the performance of the contract between Colonial Life and Stentorians;

4. Stentorians, Swett, and Humana are enjoined from using the Proprietary Information, as well as the dates of birth and addresses generated therefrom, to solicit Colonial Life individual Policyholders to select insurance with companies other than Colonial Life;

5. Stentorians is ordered to advise Los Angeles County no later than January 16, 2014, that Stentorians is no longer providing a payroll deduction slot for the deduction of policy premiums on behalf of Colonial Life;

6. To the extent that Stentorians is in possession of any Colonial Life policy premiums from the December 31, 2013 and January 15, 2014 payroll deductions, Stentorians is ordered to remit such premiums to Colonial Life on or by February 10, 2014;

7. To the extent that any of the Proprietary Information or dates of birth and addresses of Colonial Life Policyholders is stored in electronic format, such information shall be delivered to Colonial Life in electronic format and thereafter not used for any purpose by Stentorians, Swett, or Humana; and

8. In light of the speculative nature of any damages resulting from this Injunction, the Court finds that a nominal bond in the amount of $10,000 is appropriate. This Injunction shall be effective immediately. Colonial Life shall have fourteen (14) days from the effective date of this Injunction to post the bond set forth herein.

Nothing contained in this Order and Injunction is intended to prevent Stentorians (1) from entering into agreements with other insurers regarding the use of Stentorians' payroll deduction slot for the benefit of such insurers, (2) from performing any vendor agreements, and (3) from marketing to, offering, selling and servicing insurance to (i) all L.A. County employees; (ii) the actual 400 members of the Stentorians - L.A. County Black Firefighters Association; and (iii) other bona fide recognized County employee associations or organizations, so long as the

solicitation does not utilize or is not otherwise based on the Proprietary Information that is the subject of this Injunction.

**IT IS SO ORDERED**

Dated: January 15, 2014          By: *Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Judge