JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, a South Carolina Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STENTORIANS - L.A. COUNTY BLACK FIRE FIGHTERS, a California Corporation; HUMANA, INC., a Delaware Corporation; SWETT & CRAWFORD, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 13-cv-09235-CAS (FFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

Case No. 13-cv-09235-CAS (FFMx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE CASE WITH PREJUDICE

Based upon the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, as to all parties, with prejudice.

IT IS HEREBY FURTHER ORDERED that the parties shall bear their own attorneys' fees and costs in this matter.

IT IS HEREBY FURTHER ORDERED that the Court will retain jurisdiction over this matter for 120 days from the date of this Order.

IT IS SO ORDERED.

Dated: September 15, 2014

Hon. Christina A. Snyder
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No. 13-cv-09235-CAS (FFMx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE CASE WITH PREJUDICE